IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Case No. 1:22-CV-00057-GBW-KK

BLAINE HARRINGTON III,

   Plaintiff,

v.

AMERICAN QUALITY HOME
INSPECTIONS LLC,

   Defendant.

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff Blaine Harrington III, by and through his undersigned attorney, Daniel DeSouza of CopyCat Legal PLLC, hereby requests the Clerk to enter a default against the Defendant, American Quality Home Inspections LLC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: April 21, 2022.

Respectfully submitted,

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza_____
    Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.