IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAUREEN HARRINGTON, Personal
Representative for the Estate of Blaine
Harrington III,

    Plaintiff,

vs.                                                                                                             No. CIV 22-0057 JB/KK

AMERICAN QUALITY HOME
INSPECTIONS LLC,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed September 1, 2023 (Doc. 28)("Voluntary Dismissal").  In the Voluntary Dismissal, Plaintiff Maureen Harrington "voluntarily dismisses the . . . action without prejudice with each party to bear its own attorneys' fees and costs."  Voluntary Dismissal at 1.  Given that there are no more parties, claims, or issues before the Court, the Court hereby dismisses this action without prejudice and enters Final Judgment.

**IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

*Counsel and parties:*

Lauren M. Hausman
Daniel DeSouza
CopyCat Legal
Coral Springs, Florida

    *Attorneys for the Plaintiff*

American Quality Home Inspections LLC
Rio Rancho, New Mexico

    *Defendant*